**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
LAUREN R. VANLOCHEM, SB# 291807
  E-Mail: Lauren.Vanlochem@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant SA FOOD SERVICE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PATRICIA FILARDI,<br><br>  Plaintiff,<br><br>vs.<br><br>SA FOOD SERVICE LLC, a California limited liability company; MONGSON, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 5:19-cv-00354-JFW (SHKx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)**<br><br>Complaint Served:     03/17/2019<br>Current Response Date: 04/08/2019<br>New Response date:    05/08/2019<br><br>The Hon. John F. Walker<br><br>Trial Date:   None Set |

  Plaintiff PATRICIA FILARDI ("Plaintiff") and SA FOOD SERVICE, LLC (hereinafter "Defendant"), jointly stipulate to extend the time for Defendant to respond to the initial complaint by 30 days. Defendant's responsive pleading was originally due on April 8, 2019 and will now be due on May 8, 2019.

///
///
///
///

4826-0945-1923.1

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)

Defendant is requesting additional time to investigate Plaintiff's claims. This is the first extension requested.

DATED: April 9, 2019                    MANNING LAW FIRM


By: /s/ *Craig Cote*
Craig Cote
Attorney for Plaintiff


DATED: April 9, 2019                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ *Lauren Vanlochem*
Melissa T. Daugherty
Lauren R. Vanlochem
Attorneys for Defendant SA FOOD SERVICE LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Date: April 9, 2019            By:     */s/ Lauren R. Vanlochem*
                                       Melissa T. Daugherty
                                       Lauren R. Vanlochem
                                       Attorneys for Defendant SA FOOD
                                       SERVICE LLC

# FEDERAL COURT PROOF OF SERVICE

PATRICIA FILARDI, an individual v. SA FOOD SERVICE LLC, a California limited liability company; MONGSON, LLC, a California limited liability company; - USDC Case No. 5:19-cv-00354 JFW (SHKx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 9, 2019, I served the following document(s): JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Joseph R. Manning, Jr., Esq. (SBN 223381)     Attorneys for Plaintiff
Michael J. Manning, Esq. (SBN 286879)          PATRICIA FILARDI
Craig G. Cote, Esq. (SBN 132885)
Osman M. Taher, Esq. (SBN 272441)
David M. Fitzgerald (SBN 282471)
MANNING LAW, APC
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Tel: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 9, 2019, at Los Angeles, California.

/s/ Tammve Laster
Tammve Laster

4826-0945-1923.1                                    4
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3)