**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
LAUREN R. VANLOCHEM, SB# 291807
  E-Mail: Lauren.Vanlochem@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant SA FOOD SERVICE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PATRICIA FILARDI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SA FOOD SERVICE LLC, a California limited liability company; MONGSON, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:19-cv-00354-JFW (SHKx)<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>The Hon. John F. Walker<br><br>Trial Date:　None Set |

The undersigned, counsel of record for SA FOOD SERVICE, LLC ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

///

4827-6104-1811.1

1

CERTIFICATION OF INTERESTED PARTIES

| | PARTIES | CONNECTION |
|---|---|---|
| 1 | | |
| 2 | Patricia Filardi | Plaintiff |
| 3 | SA Food Service, LLC | Defendant |
| 4 | | |
| 5 | DATED: April 9, 2019 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By:  */s/ Lauren R. Vanlochem*
Lauren R. Vanlochem
Attorneys for Defendant SA FOOD SERVICE LLC

# FEDERAL COURT PROOF OF SERVICE

PATRICIA FILARDI, an individual v. SA FOOD SERVICE LLC, a California limited liability company; MONGSON, LLC, a California limited liability company; - USDC Case No. 5:19-cv-00354 JFW (SHKx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 9, 2019, I served the following document(s): CERTIFICATION OF INTERESTED PARTIES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Joseph R. Manning, Jr., Esq. (SBN 223381)   Attorneys for Plaintiff
Michael J. Manning, Esq. (SBN 286879)        PATRICIA FILARDI
Craig G. Cote, Esq. (SBN 132885)
Osman M. Taher, Esq. (SBN 272441)
David M. Fitzgerald (SBN 282471)
MANNING LAW, APC
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Tel: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 9, 2019, at Los Angeles, California.

/s/ Tammve Laster
Tammve Laster

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4827-6104-1811.1                              3
                    CERTIFICATION OF INTERESTED PARTIES